UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN J. JAMES-WETHERHULT,

       Plaintiff,                             Civil Action No. 13-CV-11992

v.                                                 Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On May 4, 2013, Plaintiff filed this lawsuit challenging the final decision of the Commissioner denying Plaintiff's application for supplemental security income. On August 29, 2013, Plaintiff filed a motion for summary judgment. On November 8, 2013, Defendant filed a motion for summary judgment. The Court referred both motions to Magistrate Judge Charles E. Binder for all pretrial proceedings.

On April 9, 2014, Magistrate Judge Binder issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. At the conclusion of the R&R, Magistrate Judge Binder advises the parties that they may object and seek review of the R&R within 14 days of service upon them. R&R at 16. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." *Id.* Neither party has filed objections to the R&R, and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the Magistrate Judge's R&R. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

Dated: May 5, 2014                              s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE